IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
        v.                   )        No.  2:11-cr-04005-FJG-1
                             )
DWASHAN TRAKESE THOMPSON,     )
                             )
            Defendant.       )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #18 filed July 12, 2011) of United States

Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to the

Counts 1 and 2 of  the Indictment filed January 13, 2011, is now accepted.  Defendant is adjudged

guilty of such offenses.  Sentencing will be set by subsequent order of the court.


     /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  August 3, 2011
Kansas City, Missouri